Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-455-159**
**Effective Date of Registration:**
July 23, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Santa Shoosh

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 03, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Chris Consani
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chris Consani
728 33rd Street, Manhattan Beach, CA, 90266, United States

## Rights and Permissions

**Organization Name:** Jadei Graphics
**Name:** Dennis Gaskin
**Address:** PO BOX 244
Pacific Palisades, CA 90272 United States

## Certification

**Name:** David Denholm
**Date:** July 23, 2025
**Applicant's Tracking Number:** CC2025072401

